JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYLVIA C. UNDERWOOD, | ) | Case No.  CV 11-10429 DSF (Ex) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| | ) | |
| JP MORGAN CHASE BANK, et al. | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court having granted a motion to dismiss without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, and that the action be dismissed with prejudice.

Dated:  6/7/12

_____
DALE S. FISCHER
United States District Judge